In the United States District Court
For the Northern District of Ohio
Eastern Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 5:18CR497 |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE DONALD C. NUGENT |
| v. | ) | |
| | ) | |
| WILLIAM G. STEEN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**UNOPPOSED MOTION TO SELF- SURRENDER**

Now comes William G. Steen, the Defendant in the above-referenced case, and moves this Honorable Court to allow Defendant to Self-Surrender after sentencing.

**SUGGESTIONS IN SUPPORT**

1. Mr. Steen has pled guilty pursuant to the plea agreement and currently set for sentencing on August 8, 2019.

2. Mr. Steen was released on Pre-Sentencing Bond and has not violated any of the conditions set forth while out on bond.

3. Mr. Steen is a citizen of the United States and currently resides with his family in Houston, Texas. He is not a flight risk or a danger to his community.

4. Counsel requests that Mr. Steen be allowed to self-surrender after the Bureau of Prisons designate him a facility.

5. Mr. Steen will then make all arrangements necessary to deliver himself to the designated facility.

WHEREFORE, defendant, **WILLIAM STEEN** respectfully requests this Court to allow Mr. Steen to self-surrender.

        Respectfully submitted,

        <u>/S/ Augustin T. Pink</u>
        Augustin T. Pink
        Walter J. Pink & Associates
        2646 South Loop West, Ste 195
        Houston, Texas 77054
        Phone:(713)664-6651
        Fax:(713)664-3242
        pinklawfirm@aol.com
        ATTORNEY FOR WILLIAM G. STEEN

**CERTIFICATE OF CONFERENCE**

      I spoke with Brendan O'Shea in regards to this matter and he has stated that he was unopposed to the filing of this motion.

                                        /S/ Auustin T. Pink
                                        **Augustin T. Pink**

**CERTIFICATE OF SERVICE**

      I hereby certify that this Motion to Self-Surrender, which has been filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing(NEF).

                                        /S/ Augustin T. Pink
                                        **Augustin T. Pink**